UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORKSCAPE, INC.,<br>          Plaintiff,<br><br>v.<br><br>WORKSTREAM, INC.,<br>          Defendant. | Civil Action No. 05-11481-MEL |

## NOTICE OF APPEARANCE

Please enter the appearances of Christopher W. Sanzone, Esq. and John T. McCarthy, Esq., of the firm Sanzone & McCarthy, LLP, on behalf of Defendant Workstream, Inc. in the above captioned matter.

                                        Respectfully submitted,
                                        DEFENDANT WORKSTREAM, INC.,
                                        By Its Attorneys,

                                        /s/ Christopher W. Sanzone
                                        Christopher W. Sanzone, Esq. (BBO#633109)
                                        chris@sanzonemccarthy.com

                                        /s/ John T. McCarthy
                                        John T. McCarthy, Esq. (BBO#641406)
                                        john@sanzonemccarthy.com

                                        **Sanzone & McCarthy, LLP**
                                        888 Worcester Street, Suite 110
                                        Wellesley, MA 02482
                                        (781) 239-9989

Dated: July 22, 2005