UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORKSCAPE, INC.,<br>          Plaintiff,<br><br>v.<br><br>WORKSTREAM, INC.,<br>          Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-11481-MEL<br>)<br>)<br>)<br>) |

### LOCAL RULE 7.3(A) CORPORATE DISCLOSURE STATEMENT

Pursuant to the United States District Court for the District of Massachusetts Local Rule 7.3(A), Defendant Workstream, Inc. hereby states that there is neither a parent corporation nor a publicly held company that owns more than 10% of Workstream's stock.

                                            Respectfully submitted,
                                            DEFENDANT WORKSTREAM, INC.,
                                            By Its Attorneys,

                                            /s/ Christopher W. Sanzone
                                            Christopher W. Sanzone, Esq. (BBO#633109)
                                            John T. McCarthy, Esq. (BBO#641406)
                                            **Sanzone & McCarthy, LLP**
                                            888 Worcester Street, Suite 110
                                            Wellesley, MA 02482
                                            (781) 239-9989
                                            chris@sanzonemccarthy.com

Dated: July 22, 2005