AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

Workscape, Inc.

V.

Workstream, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 11481 MEL

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Lurie
Lurie & Krupp, LLP
1 McKinley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

7/13/05
DATE

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _GARY Y. LEUNG, COUNSEL FOR WORKSTREAM, INC., ACCEPTED SERVICE ON DEFENDANT WORKSTREAM'S BEHALF._

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _July 20, 2005_
         (Date)

Signature of Server

_77 W. WACKER DR., CHICAGO, IL. 60605_
Address of Server

Signed and Sworn to before me this 20th Day of July 2005

_Kimberly J. Niner_

"OFFICIAL SEAL"
KIMBERLY J. NINER
Notary Public, State of Illinois
My Commission Expires 03/08/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.