UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORKSCAPE, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>WORKSTREAM, INC.,<br>　　　　　Defendant. | Civil Action No. 05-11481-MEL |

### WORKSTREAM, INC.'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Workstream, Inc. hereby submits this assented to motion to extend the period of time until September 6, 2005 in which it has to answer or otherwise plead under F.R.C.P. 12 with respect to the Complaint filed in this matter by Plaintiff Workscape, Inc.

In support thereof, Workstream states as follows:

1. Plaintiff Workscape, Inc. filed the Complaint in this matter on or about July 13, 2005.

2. Counsel for Workstream accepted service of the Complaint on or about July 14, 2005.

3. Shortly thereafter, counsel for Workstream contacted counsel for Workscape to seek an extension until September 6, 2005 for Workstream to answer or otherwise plead with respect to the Complaint.

4. Counsel for Workscape has agreed to the requested extension.

5. Counsel for Workscape and Workstream also have agreed that Workscape shall have 45 days, i.e., until October 21, 2005, to respond to any motion filed by Workstream pursuant to F.R.C.P. 12.

**WHEREFORE**, Workstream, Inc. respectfully requests that the Court grant this motion for an extension until (i) September 6, 2005 in which Workstream has to answer

or otherwise plead with respect to the Complaint pursuant to F.R.C.P. 12, and (ii) October 21, 2005, for Workscape to respond to any motion filed by Workstream pursuant to F.R.C.P. 12. Workstream requests that the Court enter the Order submitted herewith in accordance with its request.

                                            Respectfully submitted,
                                            DEFENDANT WORKSTREAM, INC.,
                                            By Its Attorneys,

                                            /s/ John T. McCarthy
                                            Christopher W. Sanzone, Esq. (BBO#633109)
                                            John T. McCarthy, Esq. (BBO#641406)
                                            **Sanzone & McCarthy, LLP**
                                            888 Worcester Street, Suite 110
                                            Wellesley, MA 02482
                                            (781) 239-9989
                                            john@sanzonemccarthy.com

Dated: July 25, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WORKSCAPE, INC., <br>              Plaintiff, <br><br> v. <br><br> WORKSTREAM, INC., <br>              Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-11481-MEL <br> ) <br> ) <br> ) <br> ) |

**ORDER REGARDING WORKSTREAM, INC.'S ASSENTED TO MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

After considering Defendant Workstream, Inc.'s assented to motion to extend the period of time until September 6, 2005 in which it has to answer or otherwise plead under F.R.C.P. 12 with respect to the Complaint filed in this matter by Plaintiff Workscape, Inc., the Court hereby ORDERS that:

1. Workstream, Inc. has until September 6, 2005 in which to answer or otherwise plead with respect to the Complaint pursuant to F.R.C.P. 12; and

2. Workscape, Inc. has until October 21, 2005, in which to respond to any motion filed by Workstream pursuant to F.R.C.P. 12.

So Ordered: _____        Date:_____, 2005
                Lasker, U.S.D.J.