UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORKSCAPE, INC., )
        Plaintiff, )
)
v. ) Civil Action No. 05-11481-MEL
)
WORKSTREAM, INC., )
        Defendant. )

## NOTICE OF APPEARANCE

Please enter the appearances of Christopher W. Sanzone, Esq. and John T. McCarthy, Esq., of the firm Sanzone & McCarthy, LLP, on behalf of Defendant Workstream, Inc. in the above captioned matter.

        Respectfully submitted,
        DEFENDANT WORKSTREAM, INC.,
        By Its Attorneys,

        /s/ Christopher W. Sanzone
        Christopher W. Sanzone, Esq. (BBO#633109)
        chris@sanzonemccarthy.com

        /s/ John T. McCarthy
        John T. McCarthy, Esq. (BBO#641406)
        john@sanzonemccarthy.com

        **Sanzone & McCarthy, LLP**
        888 Worcester Street, Suite 110
        Wellesley, MA 02482
        (781) 239-9989

Dated: July 26, 2005