UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
WORKSCAPE, INC.,              )
         Plaintiff,           )
                              )
     v.                       )     Civil Action No. 05-11481-MEL
                              )
WORKSTREAM, INC.,             )
         Defendant.           )
_____)

### JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff Workscape, Inc. and Defendant Workstream, Inc hereby request an extension until November 14, 2005, of Plaintiff's time in which to respond to the Motion to Dismiss filed by Defendant. This date reflects an extension of thirty (30) days following the time currently set for the Plaintiff's response. As grounds for this motion, Plaintiff states that the parties have been engaged in substantive discussions in an effort to ascertain whether the dispute between them might be settled without recourse to further litigation, that those discussions are ongoing, and that an extension of time will permit the parties to complete and finalize those discussions.

| WORKSCAPE, INC. | WORKSTREAM, INC. |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/   David E. Lurie | /s/   Christopher W. Sanzone |
| David E. Lurie, BBO#542030 | Christopher W. Sanzone, Esq. BBO#633109 |
| Thomas E. Lent, BBO#644970 | John T. McCarthy, Esq. BBO#641406 |
| Lurie & Krupp, LLP | Sanzone & McCarthy, LLP |
| One McKinley Square | 888 Worcester Street, Suite 110 |
| Boston, MA 02109 | Wellesley, MA 02482 |
| Telephone: (617) 367-1970 | (781) 239-9989 |

2

Of Counsel (Admitted *Pro Hac Vice*):

Richard E. Lieberman, Esq.
Gary Y. Leung, Esq.
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100