UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WORKSCAPE, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 11481MEL |
| ) | |
| WORKSTREAM, INC., ) | |
|     Defendant. ) | |

## MCGUIREWOODS LLP'S NOTICE OF WITHDRAWAL

The law firm of McGuireWoods LLP, counsel of record for Defendant Workstream, Inc. in the above-captioned matter, hereby files its Notice of Withdrawal from this case. McGuireWoods LLP further states as follows:

1. No trial date in this matter has been set.

2. No hearings in this matter are scheduled, and no reports, oral or written are due.

3. By letter dated October 31, 2005, McGuireWoods LLP informed Workstream that it was withdrawing as Workstream's attorney in any and all matters, including the above-captioned case.

November 1, 2005

Respectfully submitted,
MCGUIREWOODS LLP

/s/ Richard Lieberman
Richard E. Lieberman, Esq.
Gary Y. Leung, Esq.
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100

\\COM\551333.1